UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

United States of America,

        Plaintiff,

vs.                                       ORDER

Elfred William Petruk,

        Defendant.                   Crim. No. 13-165 (SRN/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

HEREBY ORDERED that:

Defendant's Motion for Severance of Counts [Docket No. 25] is GRANTED.

                                      BY THE COURT:

DATED: September 9, 2013           s/Susan Richard Nelson
St. Paul, Minnesota                   Judge Susan Richard Nelson
                                      United States District Judge